IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JAKARA HOOD,<br><br>   Plaintiff,<br><br>v.<br><br>ATLANTA QUALITY CARE SOLUTIONS, LLC, and LINDA WYNN,<br><br>   Defendants. | Case No.:  1:17-cv-00112-AT |

## ORDER APPROVING SETTLEMENT AGREEMENT AND DISMISSING CASE WITH PREJUDICE

This matter is before the Court on the parties' Joint Motion to Approve Settlement Agreement and to Dismiss with Prejudice. Having read and considered the Motion, the Court finds that approval of the Motion [Doc. 35] is warranted.

It is hereby ORDERED that

1. The Court finds the parties' settlement of the instant disputed claims fair and reasonable;

2. The case is dismissed with prejudice, with the Court retaining jurisdiction to enforce the terms of the parties' settlement agreement.

SO ORDERED, this  12th  day of January, 2018.

_____
UNITED STATES DISTRICT JUDGE